

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2014

No. 04-14-00174-CR

**EX PARTE** Armando **SIMON**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

On March 13, 2014, relator filed a pro se petition for writ of habeas corpus. The panel has considered relator's petition and determined that this court does not have jurisdiction over this petition. Accordingly, relator's petition for writ of habeas corpus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on March 17, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010CR2132, styled *The State of Texas v. Armando Simon*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.